UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| PAUL SCOTT KLEIN, | Case No. 3:19-cv-00569-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| BRIAN WILLIAMS SR., et al., | |
| Defendants. | |

On December 21, 2020, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A. (ECF No. 9.) The Court dismissed the complaint in its entirety and gave Plaintiff leave to file an amended complaint within 30 days. (*Id.* at 10-11.) Plaintiff has filed a motion seeking an extension of 45 days to file his amended complaint. (ECF No. 11 at 1.) Plaintiff states that he is suffering from COVID-19, which is making it difficult for him to focus on preparing an amended complaint. (*Id.*)

The Court grants the motion for an extension of time. Plaintiff shall file his amended complaint on or before March 12, 2021. If Plaintiff fails to file a timely amended complaint, this action may be subject to dismissal with prejudice for failure to state a claim. (ECF No. 9 at 11.)

For the foregoing reasons, **IT IS ORDERED** that Plaintiff's motion for an extension of time (ECF No. 11) is granted.

**IT IS FURTHER ORDERED** that Plaintiff shall file his amended complaint on or before March 12, 2021.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely file an amended complaint, this action may be subject to dismissal with prejudice for failure to state a claim.

DATED THIS  28th day of January 2021.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

1